**Dismissed and Memorandum Opinion filed June 29, 2023**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00223-CV

---

## PAUL SANDERS, Appellant

## V.

## THE PARK AT FERRYHILL, Appellee

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1198166**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed March 20, 2023. The clerk's record was filed April 10, 2023. There is no reporter's record. No brief was filed.

On May 16, 2023, this court issued an order stating that unless appellant filed a brief on or before June 15, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Hassan, and Wilson.